UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20745 CR-JORDAN KLEIN

FILED by D.C.
MAG. SEC.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

IN RE SEALED INDICTMENT
______________________________/

**MOTION TO SEAL**

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or until further order of this court, excepting the United States Attorney's Office and the Federal Bureau of Investigation which may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendant may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: ______________________________

JOAN M. SILVERSTEIN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0997330
99 N.E. 4th Street
Miami, FL 33132
(305) 961- 9121 Office
(305) 530-6168 Facsimile
joan.silverstein@usdoj.gov