UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20745 CR-JORDAN / KLEIN

FILED by D.C.
MAG. SEC.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

IN RE SEALED INDICTMENT
_______________________/

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrant, and this order and the Court finding good cause:

IT IS HEREBY ORDERED that the indictment, arrest warrant, and this order shall be filed under seal until the arrest of the defendant or until further order of this Court, however, the United States Attorney's Office and Federal Bureau of Investigation may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 29 day of Sept, 2005.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: Joan Silverstein, AUSA