AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN District FLORIDA

UNITED STATES OF AMERICA

vs.

GARY S. KRASER,

Defendant.

/

WARRANT FOR ARREST

05-20745 CR-JORDAN KLEIN

Case Number:

D.C. MAG. SEC.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GARY S. KRASER
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation ☐ Supervised Release Violation ☐ Violation Notice

charging him or her with (brief description of offense)

Wire Fraud,

in violation of Title 18 United States Code, Section(s) 1343 and 2

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR-CLERK OF COURT
Title of Issuing Officer

[signature]
Signature of Issuing Officer

09/29/05, Miami, FL
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**BOND RECOMMENDATION**

DEFENDANT: **GARY S. KRASER**

**$100,000 10% Bond**

By: ______________________
**JOAN SILVERSTEIN**
**ASSISTANT UNITED STATES ATTORNEY**

Last Known Address: 17880 NE 31st Court
Aventura, FL 33160

What Facility: ______________________

Agent: Special Agent Melissa Lawrence
Federal Bureau of Investigation