UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20745-CR-JORDAN
(SEALED)

UNITED STATES OF AMERICA,

vs.
GARY S. KRASER

FILED by ___ D.C.
MAG. SEC.
OCT - 3 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

---

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida this 3RD day of OCTOBER, 2005.

TAPE NO:05H-74-1530

**UNITED STATES MAGISTRATE JUDGE**
CHRIS M. MCALILEY

c: AUSA
Defense Counsel
Pretrial Services

5/MH

U.S. District Court
FLS - Southern District of Florida Miami

CRIMINAL DOCKET FOR CASE #: 05-CR-20745

USA v. Sealed Defendant
Assigned to: Adalberto Jordan

Filed: 09/29/05

Dkt # in other court: None

NONE

Terminated Counts:

NONE

Complaints:

Unsealed 10/3/05

NONE

U. S. Attorneys:

NONE

--------------------------------

| | | |
|---|---|---|
| 09/29/05 | 1 | SEALED DOCUMENT as to Sealed Defendant (sk) [Entry date 09/30/05] |
| 09/29/05 | 2 | SEALED DOCUMENT as to Sealed Defendant (sk) [Entry date 09/30/05] |
| 09/29/05 | 3 | SEALED DOCUMENT as to Sealed Defendant (sk) [Entry date 09/30/05] |
| 09/29/05 | 4 | SEALED DOCUMENT as to Sealed Defendant (sk) [Entry date 09/30/05] |