**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 05-20745-Cr-Jordan**
**(05-3250-Turnoff)**

FILED by MAG. SEC. D.C.
OCT 3 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

**UNITED STATES**

**vs.**

**GARY S. KRASER,**

**Defendant.**
_____________________________/

## ORDER

This matter came before the Court on the in-court motion of the United States to unseal the Search Warrant and related documents involving the above-titled case. After reviewing the file and the government's motion, it is hereby ORDERED and ADJUDGED that the motion is GRANTED.

It is further ORDERED that the Clerk of the Court shall unseal the Search Warrant, Application for Search Warrant, Affidavit in Support of Search Warrant, and attachments thereto in this case, as well as the original motion to seal and Order granting the motion to seal.

DONE AND ORDERED at Miami, Florida this 3rd day of October, 2005.

CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Joan Silverstein, AUSA

6/MH