Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 05-20745-CR-JORDAN

Plaintiff )

)

-vs- ) REPORT COMMENCING CRIMINAL

) ACTION

GARY S. KRASER )

Defendant

FILED by MAG. SEC. D.C.
OCT -3 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

64526-004

*********************************************************************************

TO: CLERK'S OFFICE MIAMI (circled) FT. LAUDERDALE W. PALM BEACH

U.S. DISTRICT COURT (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*********************************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 10/3/2005 9:40 (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: ENGLISH

(3) OFFENSE(S) CHARGED: TITLE 18 USC SECTION 1343 WIRE FRAUD

(4) UNITED STATES CITIZEN: (✓)YES ( )NO ( )UNKNOWN

(5) DATE OF BIRTH: 10/11/54

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT [ ] COMPLAINT CASE # 05-20745
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT