**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 05-20745-CR-JORDAN**
(SEALED)

UNITED STATES OF AMERICA

Plaintiff,

v.

GARY S. KRASER

**DOB:10/11/54** **#64526-004**

Defendant.

_______________________________/

FILED by [signature] D.C.
MAG. SEC. 3
OCT 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER ON INITIAL APPEARANCE

AUSA Jean Silverstein
Agent ____________

Language ENGLISH
Tape No. 05H- 74-1530

The above-named defendant having been arrested on 10/03/05 having appeared before the court for initial appearance **on 10/03/05** and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. ____________ appeared as permanent/temporary counsel of record.
   Address: ____________
   Zip Code: ____________ Telephone: ____________
2. ____________ appointed as permanent counsel of record.
   Address: ____________
   Zip Code: ____________ Telephone: ____________
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on 10-6, 2005.
4. Arraignment/~~Preliminary/Removal/Identity~~ hearing is set for 10am 10-6, 2005.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ____________
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am 10-6, 2005.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   ____________
   ____________

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.

___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: ____________

___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

8 MH

GARY S. KRASER

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: ____________________________________________
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

________________________________________________________________________

________________________________________________________________________

This bond was set: At Arrest ____________
On Warrant __________
After Hearing _________

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _______

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida this 3RD day of OCTOBER, 2005.

________________________________

**CHRIS M. MCALILEY**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
U.S. Marshal
Defense Counsel
Pretrial Services