UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20745-CR-JORDAN/KLEIN

FILED by MAG. SEC. D.C.
OCT 6 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

GARY S. KRASER

**ORDER ON HEARING TO REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

________ Private counsel ________________ appeared in open court and is noted as permanent counsel of record.

________ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

________ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on ________________ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

X The defendant requested further time to retain counsel and shall appear before the Court on 10-11-05 at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this 6 day of OCTOBER 2005.

TAPE 05E 40-2103

~~JOHN J. O'SULLIVAN~~
**UNITED STATES MAGISTRATE JUDGE**

c. Defense Counsel
Pretrial Services
U.S. Marshal
AUSA

9/wc