UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20745-CR-Jordan

UNITED STATES OF AMERICA,

FILED by [initials] D.C.
MAG. SEC.

OCT - 6 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

vs.

Gary S. Kraser

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: defense requested a continuance and no objection by the government, the PTD hearing is reset

**DONE AND ORDERED** at Miami, Florida this 6 day of October, 2005.

TAPE NO:05E 40-2103

[signature]
**UNITED STATES MAGISTRATE JUDGE**
TED E. BANDSTRA

: AUSA
Defense Counsel
Pretrial Services

10
WC