FILED by [illegible] D.C.
OCT 11 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-20745-CR-JORDAN/KLEIN

UNITED STATES OF AMERICA

v.

GARY S. KRASER

**ORDER DENYING GOVERNMENT'S REQUEST FOR PRETRIAL DETENTION AND SETTING BOND**

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

_____ The government's motion is **denied**.
_____ The defendant's motion is **granted**; bond is set at:
____ Personal Surety, unsecured, in the amount of $ ________
____ Personal Surety in the amount of $ ________ with 10% posted with Clerk of Court.
____ Personal Surety in the amount of $ ________ secured by the following collateral: ________
____ Full Cash in the amount of $ ________
✓ Corporate Surety in the amount of $ 125,000 w/Nebbia
____ Full Cash or Corporate Surety in the amount of $ ________

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES. already surrendered to the agents
✓ REPORT TO PTS AS FOLLOWS: ___ WEEKLY IN PERSON; ___ WEEKLY BY PHONE; ✓ AS DIRECTED
__ CURFEW IMPOSED 7 DAYS A WEEK FROM ______ P.M. TO ______ A.M.
__ MAINTAIN PRESENT RESIDENCE.
✓ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.
__ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
__ STAY AWAY FROM COMMERCIAL TRANSPORTATION FACILITIES, MARINAS, BUS TERMINALS AND AIRPORTS.
__ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
__ COSIGNERS ARE NOT TO FURTHER ENCUMBER PROPERTY DURING PENDENCY OF CASE.
✓ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: Surrender firearms to his attorney

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: ________

**DONE AND ORDERED** at Miami, Florida this 11 day of OCTOBER, 2005.

TAPE NO. 05B- 38-3254 & 39-1

c: AUSA, Deft Counsel, Pretrial Services, US Marshal

**PATRICK A. WHITE**
**UNITED STATES MAGISTRATE JUDGE**