FILED by [initials] D.C.
MAG. SEC.
OCT 11 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20745-CR-JORDAN/KLEIN

UNITED STATES OF AMERICA

vs.

GARY S. KRASER

**ORDER ON HEARING TO REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

______ Private counsel ______ appeared in open court and is noted as permanent counsel of record.

______ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

______ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on ______ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

✓ The defendant requested further time to retain counsel and shall appear before the Court on 10/14/05 at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

✓ Arraignment reset to 10/14/05

**DONE AND ORDERED** at Miami, Florida this 11 day of OCTOBER 2005.

TAPE 05B-38-3254
39-1

[signature]

**PATRICK A. WHITE**
**UNITED STATES MAGISTRATE JUDGE**

c. Defense Counsel
Pretrial Services
U.S. Marshal
AUSA

12