FILED by ___ D.C.
MAG. SEC.
OCT 14 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-20745-CR-JORDAN

UNITED STATES OF AMERICA,

v.

GARY KRASER

NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

COMES NOW ALVIN E. ENTIN, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 10/14/05

Attorney Richard F. Della Fera for Alvin Entin
Address 110 SE 6th St, Suite 1970
City Fort Lauderdale State FL Zip Code 33301
Telephone (954) 761-7201
Florida Bar Number 066710

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

___________________________
___________________________
___________________________