AO 442 (Rev. 10/03) Warrant for Arrest FBI 107314?

# UNITED STATES DISTRICT COURT

SOUTHERN District FLORIDA

UNITED STATES OF AMERICA

vs.

GARY S. KRASER,

Defendant.
/

WARRANT FOR ARREST

05-20745 CR-JORDAN / KLEIN

Case Number:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GARY S. KRASER
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Probation Violation [ ] Supervised Release Violation [ ] Violation Notice

charging him or her with (brief description of offense)

Wire Fraud,

in violation of Title 18 United States Code, Section(s) 1343 and 2

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR-CLERK OF COURT
Title of Issuing Officer

[signature]
Signature of Issuing Officer

09/29/05, Miami FL
Date and Location

Bail fixed at $ by
Name of Judicial Officer

2005 OCT 20 AM 8:23

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Miami, FL by FBI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09-29-05 | CHRISTINA PHARO<br>U.S. MARSHAL, SD/FL | BY: JOE GODSK [signature]<br>SDUSM, SD/FL |
| DATE OF ARREST<br>10-03-05 | | |