UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO.: 05-20745-CR-JORDAN

vs.

GARY KRASER,

Defendant.

_______________________________/

STIPULATION

FILED by [signature] MAG. SEC.
NOV - 2 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA · MIAMI

It is hereby Stipulated and Agreed between the undersigned Counsel for the Government and Counsel for the Defendant as follows:

1. That the Nebbia condition set by the Court has been satisfied.

Joan Silverstein
Assistant United States Attorney

305-961-9001

Dated this 1 day of NOV 2005

Alvin Entin
Attorney for Defendant Valdes
110 S.E 6 Street, Suite 1970
Ft. Lauderdale, FL
954-761-7201

Dated this 31st day of October 2005

ORDER

This Cause having come on the Stipulation of Counsels, it is, Ordered and Adjudged:

1. That the Nebbia condition for the corporate surety bond for Defendant Kraser is satisfied and the bond may be posted.

Done and Ordered this 1 day of Nov 2005.

United States Magistrate

20#