UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-20745-CR-JORDAN

FILED by [signature] D.C.
NOV 22 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA )
)
vs. )
)
GARY KRASER )
)

**ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE**

The defendant's *ore tenus* motion to continue the trial is GRANTED. The interests of justice served by a continuance outweigh any interest of the public or the defendants in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the motion was made, November 22, 2005, to and including the date trial commences January 23, 2006 is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(8).

This case is reset for trial during the two-week trial calendar beginning on **January 23, 2006.** If the case cannot be tried during this two-week period, it will be reset for each successive trial calendar until it is tried or resolved. All counsel must be present for calendar call at 9 a.m.,on **January 17, 2006**, in Courtroom Eight of the United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

Counsel shall submit proposed *voir dire* questions, proposed jury instructions, and lists of proposed exhibits prior to the calendar call.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of November, 2005.

[signature]
Adalberto Jordan
United States District Judge

Copy to: Joan Silverstein, AUSA
Alvin Entin, Esq.

23/1K