UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-20745-CR-Jordan

UNITED STATES OF AMERICA

v.

GARY S. KRASER,

Defendant.
_____________________________/

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

Attached please find the following:

1. Documents and emails supplied by Carla Brawley, contracting officer for Department of Transportation, Federal Aviation Administration.

2. Northern Trust Mutual records showing time and date of certain wires.

The attachments to this response are numbered pages SD1-001 - SD1-026. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: ______________________ for

Joan M. Silverstein
Assistant United States Attorney
Florida Bar No. 0997330
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9121 / Fax: (305) 530-6168
Email: joan.silverstein@usdoj.gov

cc: Special Agent Melissa Lawrence, FBI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this November 23, 2005 to: Alvin Entin, Esquire, Entin Della Fera & Greenberg, P.A., AutoNation Tower, 110 SE 6th Street, Suite 1970, Fort Lauderdale, FL 33301.

Joan Silverstein
Assistant United States Attorney

FEDERAL AVIATION ADMINISTRATION
SOUTHWEST REGION
ACQUISITION MANAGEMENT BRANCH
FORT WORTH, TEXAS 76193-0055

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| DATE: November 17, 2005 | |
| TO: Melissa Lawrence | FROM: Carla Brawley, Contracting Officer |
| COMPANY: FBI | DOT/FAA - ASW-55 |
| PHONE NUMBER: 305-944-9101 | PHONE NUMBER: 817-222-4331 |
| FAX NUMBER: 305-957-7358 | FAX NUMBER: 817-222-5994 |
| TOTAL NO. OF PAGES INCLUDING COVER: 4 | |
| RE: Notes on World Jet | |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Melissa,

Here are my entries - I did not write down every time he called me. He called so many times during the first days after the disaster. I was thinking back last evening and I don't recall a single time that I ever called him. I sent e-mail messages because I didn't have time to listen to him.

Carla Brawley

THE FOLLOWING FAX NO. CAN BE USED IF THE ABOVE DOES NOT WORK:
817-222-5994

Sept 2

10,000 people at MSY
1/2 are patients

120 critical care patients MSY to hosp

swat teams are going into hospitals to double check that hospitals are clean - Mike asked for Natl Guard to go in
(2) 5-man teams per hospital
Trying to get mil to assist swat teams

better equipped

Move patients from MSY + Baton Rouge to other airport or hospitals

fixed-wing donating time (?) until it's time to go
World Jet - Gary Crosier

FEMA transport officer at MSY
dying 12 per hour at MSY

Sept 4

World Jet - fixed
sent 4/4 cots

305 935 5507 Gary Air Ambulance

954 701 5507 [illegible]

Penske - 866 500 0354

24ft 4 drivers 4 trucks
$18,746.00

Mike Hurst
PHD Lee 1800 252 2744
~~(3??) 235 2452~~
222 X 4706

POC:
Shelly Sabatini
$12,000

Carlos Saavedra
817 223 1753 cell

[illegible]

2 employee overflight
pickup [redacted] Sauna Tower

~~Billy Bighan - Penske~~

Chay Miller 817 453 9329 Penske

Sharon Lee refers
(479) 747 4899

[illegible]

per Nolan
$3079 30 fuel + 8 seats

pardon 4+4
1231880
Manifest

SD1 - 0003

Sept 7

John Blumenstock - PHI (602) 273 9346
(602) 402 8572 Cell

~~Lee Freeman - St Louis~~

De Vita - Lone Star Transportation
(800) 541 8271 x223

Gary World Jet - 64 stretchers delivered
(305) 935 5507
(954) 701 5507 cell

Chad Benowski - Schneider
invoicing - 2 to 4 loads per day
1 920 592 7357

9/28/05

Carson 18003447930 - needs billing address

Kim at Prairie charter - (612) 6185669 TSA screening every

Jim Murphy - ESF# FEMA Logistics - Schneiders

225 279 3078

Dan Prairie World Jet 954 701 5507 305 935 5507

Diane Randall -

Jim.Murphy@associates.dhs.gov

Tom $ 225 267 2966 - unsigned taskers

Rick Helton - TSA - (cell) 304 377 2312

issue: no screeners -

SD1 - 0005

**Lawrence, Melissa**

**From:** Carla.Brawley@faa.gov [Carla.Brawley@faa.gov] **Sent:** Wed 11/16/2005 4:05 PM
**To:** Lawrence, Melissa
**Cc:**
**Subject:** Fw: Fixed Wing Air Evacuations
**Attachments:**

----- Forwarded by Carla Brawley/ASW/FAA on 11/16/2005 03:05 PM -----

Challenger135@aol
.com
To
09/30/2005 01:18 Carla Brawley/ASW/FAA@FAA
PM cc
Challenger135@aol.com
Subject
Re: Fixed Wing Air Evacuations

Hi Carla,

Thank you for your kind response, and taking the time to reply today. I am in complete understanding of your situation, and also want you to know that I am at your disposal should you need any further help with any requirements at the moment.

I will contact Acadian now that I know the proper procedure. One these days, maybe we can get the chance to speak when things calm down a bit.

I also want to personally thank you for all your time, effort, and caring attitude given to the people in need from Hurricane Katrina & Hurricane Rita. God bless you for all your help...
Please do not hesitate to contact me at any time.

As always, I remain

Very truly yours,

Gary S. Kraser
President
www.WorldJet.com
(Tel +1.305.935.5507
7Fax +1.305.935.5509
(Cell +1.954.701.5507

Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Lawrence, Melissa**

**From:** Carla.Brawley@faa.gov [Carla.Brawley@faa.gov] **Sent:** Wed 11/16/2005 4:05 PM
**To:** Lawrence, Melissa
**Cc:**
**Subject:** Fw: Fixed Wing Air Evacuations
**Attachments:** Kalitta Charters 9-2-05.pdf(1MB)

----- Forwarded by Carla Brawley/ASW/FAA on 11/16/2005 03:05 PM -----

Challenger135@aol.com
09/30/2005 10:55 AM

To
Carla Brawley/ASW/FAA@FAA
cc
Challenger135@aol.com
Subject
Fwd: Fixed Wing Air Evacuations

Dear Carla:

I'm sorry that I caught you at a bad time yesterday on the phone, and I realized when we spoke that you were busy finishing a contract. We always had nice conversations after Hurricane Katrina, even late into the evening hours while you worked from home. You know that I tried to help you any way I could, since I was understanding of the huge burden placed on you after the storm, and I always enjoyed speaking with you as well.
I was hoping that when you the chance, you can send me invoicing instructions as promised. I was never in this situation, so this is all new to me. I am now faced with paying the bill for services rendered to Acadian, and I have no idea regarding the timeframe or invoicing instructions for reimbursement.
I'm a very small business that does not have readily available capital to pay theses bills, so if reimbursement will take much longer, I will have to try and borrow the funds in the meantime. I was hoping not to do that if I can get a 'heads up" from you when you have the chance.

Please feel free to call me if you like, and again, I apologize for reaching you at a bad time on the phone yesterday. I do look forward to speaking to you again when convenient.

Warmest regards,

Gary S. Kraser
President
www.WorldJet.com
Tel +1.305.935.5507

SD1 - 0007

7Fax +1.305.935.5509
(Cell +1.954.701.5507
----- Message from Challenger135@aol.com on Tue, 20 Sep 2005 17:02:55 EDT
-----

To: Carla.Brawley@faa.gov

cc: info@WorldJet.com

Subject: Re: Fixed Wing Air Evacuations

Hi Carla,

Hope things are going a little smoother for you at this point. Please let me know if there is anything else I can assist you with. I never received invoicing instructions, as I'm sure you have been busy, and I didn't want to burden you with anything more than the situation at hand.
Attached please find an invoice from Kalitta Charters for stretchers delivered to Acadian Ambulance on 9/03/05.

I have additional letters from Acadian regarding same should you need more than the file attached herein.

Thank you for allowing me to share a little of the burden in helping the people affected from Hurricane Katrina.

Sincerely,

Gary S. Kraser
President
www.WorldJet.com
(Tel +1.305.935.5507
7Fax +1.305.935.5509
(Cell +1.954.701.5507 (See attached file: Kalitta Charters 9-2-05.pdf)

**Kalitta Charters II, L.L.C.**
**843 Willow Run Airport**
**Ypsilanti, MI 48198**
**734-544-3411**

E-mail: sprevo@kalittacharters.com

Fax #: [7]34-544-3409

# INVOICE

| DATE | INVOICE # |
|---|---|
| 9/8/2005 | 247736 |

PAID

**BILL TO**

WORLD JET
P.O. BOX 630444
AVENTURA, FL 33163-044

| P.O./AUTH # | TERMS | DUE DATE | TRIP DATE |
|---|---|---|---|
| | DUE UPON R... | 9/8/2005 | 9/3/2005 |

| QUANTITY | ITINERARY | RATE | AMOUNT |
|---|---|---|---|
| | AIRCRAFT CHARGES / DC-9 TAIL # N915CK | 32,753.40 | 32,753.40 |
| | YIP/LFT/YIP | | |
| | LOADING FEE | 1,327.60 | 1,327.60 |
| | LANDING FEES | 350.00 | 350.00 |
| | 6.25% FEDERAL EXCISE TAX | 2,068.96 | 2,068.96 |

**PLEASE REMIT PYMT FROM THIS INVOICE, NO HARD WILL BE MAILED.**
**FEIN # 82-0583675**

| | |
|---|---|
| TOTAL | $36,499.96 |
| **Balance Due** | $0.00 |

KALITTA CHARTERS

| | | | |
|---|---|---|---|
| Trip No | 0247736 | Trip Date (Zulu) | 09/03/05 |
| Aircraft | DC9 | Available (Zulu) | 09/02/05 18:56 |
| Trip Type | Cargo | Tail Number | N915CK |
| Dispatcher | Rolando Giron | Captain | C. HANDLON |
| F/O | R. MUDGE | ACM | |

| | | | |
|---|---|---|---|
| Customer Name | WORLD JET | Phone | 305-935-5507 |
| Bill Address | | Fax | 305-935-5509 |
| City / State / Zip | | Alternate | |
| Contact Name | GARY KRASER | Control # | |

**Pick Up**

Location DETROIT MI Airport YIP

FBO C.P. GROUND SERVICES @ 734-480-4362. F/734-480-4436

**Drop Off**

Location LAFAYETTE LA Airport LFT

FBO LAFAYETTE AERO @ 337-234-3100. F/337-272-0260

Exec Air Services west end twy B threshold rwy 11

**Passenger / Patient / Cargo Manifest**

| No | Count | Weight | DIMS | Part Nums | Description | EL | HM |
|---|---|---|---|---|---|---|---|
| 1 | 64 | 8000 | 59x25x23 | | | | |

DETACH BILL OF LADING SHEETS AFTER FILLING OUT ABOVE INFORMATION

**BILL OF LADING**

| Shipper | Shipper B/L | Description | Acquired Time | Type Load Authorization | P/N | PC's | Weight |
|---|---|---|---|---|---|---|---|
| Stryker Corp | | | | | | 64 | 8000# |
| Medical Division | | | | | | | |
| 6300 South Sprinkle Rd | | | | | | | |
| SH # 8677 | | | | | | | |
| Acadian Ambulance | | | | | | | |
| 200 Hopkins St | | | | | | | |
| Lafayette, LA 70501 | | | | | | | |
| See Attached Packet Work | | | | | | | |
| | | | | | TOTAL | 64 | 8000# |

DECLARED VALUE It is mutually agreed that the value of the above described shipment is not considered to be in excess of 50¢ per pound unless a higher amount is delecrad and noted herein.

Received by aircraft crew in apparent good condition except as noted

Date : ______ Time : ______

Received by consignee in apparent good condition except as noted

Troy Delahoussaye

Consignee: Acadian Ambulance Service

Date : 9/3/05 Time : 0740

SD1 - 0010

STRAIGHT BILL OF LADING -SHORT FORM -Original -Not Negotiable

247736

ECE…D, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading

Carrier: Stryker

Carriers No.

STRYKER CORP. MEDICAL DIVISION

Purchase Order No.

Emergency Order

6300 South Sprinkle Road

Kalamazoo, Michigan 49001

2-Sep-05

Shippers No. 8677

…property described below, in apparent good order, except as noted (contents and condition of contents unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this …taining any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the …ute to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to …performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) Official Southern Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail …a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

…ipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms …d conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**CONSIGNED TO AND DESTINATION** Kalitta Charter 1-800-525-4882

Mail or street address of Consignee for purposes of notification only

OE 1097408, 1090013, 1005926, 1090014, 1010524, 1090309, 1086898, 1093364, 1087194, 1026382, 1038550, 1038835, 1054060

oute

Delivery Address*
(to be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

elivering Carrier

AIR FREIGHT

No.

| No Packages | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (Sub.toCor) | Class or Rate | Check Column |
|---|---|---|---|---|
| | Medical mattresses | | 70 | |
| | Medical spare parts | | 70 | |
| | Model 830 surgistools | | 150 | |
| | Model 6092 cots | | 125 | |
| | Model 6252 stair chair | | 125 | |
| | Hospital Stretcher | | 150 | |
| | Hospital Bed | | 200 | |
| | Model 6252 Stair Chairs packaged 10 per 1 skid | | 150 | |
| 64 | Model 6082 cots | 8000 | 150 | |
| | M1 cot and 1 6376 fastener pacakaged together on 1 skid | | 150 | |
| | M1 cots | | 150 | |
| | Model 6370 cot fasteners | | 150 | |
| | Model 6376 cot fasteners packaged 10 per 1 skid - total of 2 skids | | 150 | |
| | Total: | 8,000 | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: "The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges."

(Signature of Consignor)

If charges are to be prepaid write or stamp here, "To Be Prepaid"

**PREPAID**

charges on the property described to apply in prepayment of the charges on the property described

**Final Destination**
Acadian Ambulance
300 Hopkins Street
Lafayette, LA 70501

3 MODEL 6082 COTS 86X33X24

Per

(only the amount prepaid)

Charges Advanced

$

…the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or …per's weight". [illegible]

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $2500/unit

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

TRYKER CORP. MEDICAL DIVISION

PER

Agent, Per

SD1 - 0011

247736

**Lawrence, Melissa**

**From:** Carla.Brawley@faa.gov [Carla.Brawley@faa.gov] **Sent:** Wed 11/16/2005 4:05 PM
**To:** Lawrence, Melissa
**Cc:**
**Subject:** Fw: Fixed Wing Air Evacuations
**Attachments:**

----- Forwarded by Carla Brawley/ASW/FAA on 11/16/2005 03:05 PM -----

Carla
Brawley/ASW/FAA
To
09/30/2005 01:06 PM Challenger135@aol.com
cc

Subject
Re: Fixed Wing Air Evacuations

Gary,

I'm sorry I haven't had time to talk. I am still responding to emergencies and live with a phone in my ear. Everyday I think things will calm down and my phone is ringing (both phones) when I walk in.

As I mentioned below, Acadian had the authority to call in whatever help they needed to respond to the emergency evacuation of critical care patients. All billing is being done through Acadian and they are providing me those bills. That is the only way I know who was actually called by them.

Send your bills for whatever they requested through them.

Thanks,
Carla Brawley
Federal Aviation Administration
Contracting Officer, ASW-55
Telephone: (817) 222-4331
FAX: (817) 222-5994

Carla
Brawley/ASW/FAA
To
09/05/2005 09:02 AM Challenger135@aol.com
cc

Subject

Re: Fixed Wing Air Evacuations

Gary,

Mike Sonnier was directed to call in help as needed to facilitate the medical evacuations from various hospitals and from temporary hospitals that were set up at MSY. You are covered under the FEMA mission assignment for operations you carried out under Acadia's direction,
We will talk about invoicing instructions in the next few days.

Carla Brawley
Contracting Officer
DOT/FAA

Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Lawrence, Melissa**

**From:** Carla.Brawley@faa.gov [Carla.Brawley@faa.gov] **Sent:** Wed 11/16/2005 4:04 PM
**To:** Lawrence, Melissa
**Cc:**
**Subject:** Fw: Air Vendor List
**Attachments:** AIR VENDORS.xls(30KB)

----- Forwarded by Carla Brawley/ASW/FAA on 11/16/2005 03:04 PM -----

"Sonnier, Michael (Dispatcher)" <Msonnier@acadian.com>
09/09/2005 09:39 AM

To: Carla Brawley/ASW/FAA@FAA
cc:
Subject: Air Vendor List

This list is the most current, I am double checking to make sure that no one was overlooked.

Michael Sonnier
Communications Center

DISCLAIMER: The information contained in this communication is confidential and proprietary information intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying, or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. If you believe this communication is inappropriate or offensive, please contact the Acadian Ambulance Information Systems Department.(See attached file: AIR VENDORS.xls)

| VENDOR | VENDOR CONTACT | AIRCRAFT TYPE | TAIL NUMBER | DOCUMENTATION FORM |
|---|---|---|---|---|
| ACADIAN AMBULANCE | ERROLL BABINEAUX | BO-105 | N911EB, N624MB, N911DD | YES |
| PO BOX 98000 | 800-259-3333 | | N911RJ, N911WK, N911RS | YES |
| LAFAYETTE, LA 70509 | | | N911XX, N721MB, | YES |
| | | CESSNA CONQUEST 441 | N911ER | YES |
| | | CESSNA CONQUEST 414 | N911LD | YES |
| | | KING AIR 200 | N511DP | YES |
| | | KING AIR 100 | N511RZ | YES |
| LIFENET / AIR METHODS | KEN GRIMES | EC-135 | N137AM | YES |
| 301 8TH AVENUE NORTH | 703-669-7872 | AS-350 | N350LN | YES |
| SAINT PETERSBURG, FL 33701 | | BK-117 | N163BK | YES |
| PETROLEUM HELICOPTERS | JOHN BLEUMENSTOCK | BELL 407 | N721PH | YES |
| 2800 N 44TH ST | 602-957-4642 | BELL 407 | N493PH | YES |
| STE 800 | 602-273-9346 | BELL 407 | N416PH | YES |
| PHOENIX, AZ 85008 | | BELL 407 | N409PH | YES |
| | | CESSNA CONQUEST 441 | N687AE | NO |
| STAT AIR | DAVID PHILLIPS | BK-117 | N547SW | YES |
| 2401 SOUTH 31ST STREET | 254-724-7476 | | | |
| TEMPLE,TX 76508 | | | | |
| ARKANSAS CHILDRENS HSP | CONNIE EASTLEE | EC-135 | N761AF | NO |
| 800 MARSHALL ST | 501-364-2456 | LEAR 35 | N35SA | NO |
| SLOT 604 | 501-364-6429 | EC-135 | N56KG | YES |
| LITTLE ROCK, AR 72202 | | | | |
| WINTHROP HARBOR POLICE | DAN VINTTON | EC-135 | N255MK | YES |
| 830 SHERIDAN RD | 815-790-5007 | | | |
| WINTHOP HARBOR, IL 60096 | | | | |
| BELL HELICOPTERS | MARTY WRIGHT | BELL 407 | N407BP | NO |
| | 704-458-9249 | BELL 407 | N407DP | YES |
| | | BELL 407 | N407GN | YES |
| | | BELL 407 | N203HA | YES |
| | | BELL 407 | N222BX | YES |
| | | BELL 206 | N225GH | YES |
| AIREVAC | SETH MEYERS | BELL 206 | N792CA | YES |
| P.O. BOX 788 | 417-257-5755 | BELL 206 | N165SB | YES |
| WEST PLAINS, MO 65775 | | BELL 206 | N88AE | YES |
| | | BELL 206 | N134AE | YES |
| AIR MEDEVAC | JOHN | BELL 206 | N170RC | YES |

| | | | | |
|---|---|---|---|---|
| P.O. BOX 78866<br>ATLANTA, GA 30057 | 888-510-0050 | | | |
| AIR MARVIN / NATIVE AIR | ?? | S-76<br>PC-12 FIXED WING | N902FC<br>NA6139A | YES<br>YES |
| S.E. TEXAS AIR RESCUE<br>P.O. BOX 2021<br>SILSBEE, TX 77656 | MIKE AMASOM<br>866-738-9247 | BELL 407 | N512MT | YES |
| AMERICAN EUROCOPTER<br>2701 FORUM DRIVE<br>GRAND PRARIE, TX 75052 | FRANK KANAUKA<br>214-914-5433 | EC-135<br>EC-120 | N551BA<br>N171AE | YES<br>YES |
| SIKORSKY | | S-76 | N3124G | YES |
| LIFE AIR RESCUE<br>P.O. BOX 37103<br>SHREVEPORT, LA 71133 | PAM ANDERSON<br>800-762-9562 | EC-135 | N911KB | YES |
| AIRHEART<br>3689 INDUSTRIAL PARK DR<br>MARIANNA, FL 32446 | RON MOSLEY<br>850-978-1186<br>866-730-1400 | BO-105 | N915SH | YES |
| MIAMI CHILDRENS HOSPITAL<br>3100 S.W. 62ND AVENUE<br>MIAMI, FL 33155 | MARIA FERNANDEZ<br>305-663-6859 | S-76<br>LEAR 35 | N15460<br>N33NJ | YES<br>NO |
| AMERICAN AIR AMBULANCE<br>6350 COCOA LANE<br>APOLLO BEACH, FL 33572 | SHERRIE ROBERTS<br>813-645-3321 | MITSUBISHI JET<br>LEAR 25<br>CESSNA 414 | N1JC<br>N4447P<br>N400CS | NO<br>NO<br>NO |
| SCHUMACHER GROUP | KIP SCHUMACHER | CESSNA 310<br>CESSNA 310<br>CESSNA 310 | | NO<br>NO<br>NO |

**Lawrence, Melissa**

**From:** Carla.Brawley@faa.gov [Carla.Brawley@faa.gov] **Sent:** Wed 11/16/2005 4:04 PM
**To:** Lawrence, Melissa
**Cc:**
**Subject:** Fw: Fixed Wing Air Evacuations
**Attachments:**

----- Forwarded by Carla Brawley/ASW/FAA on 11/16/2005 03:04 PM -----

Carla Brawley/ASW/FAA
09/05/2005 03:18 PM

To Challenger135@aol.com
cc
Subject Re: Fixed Wing Air Evacuations (Document link: Carla Brawley (Archive) )

Oh - just a short while ago, FEMA said they had decided to make other arrangements - they may change their minds again - this happens all the time.

Carla Brawley
Federal Aviation Administration
Contracting Officer, ASW-55
Telephone: (817) 222-4331
FAX: (817) 222-5994

Challenger135@aol.com
09/05/2005 02:12 PM

To Carla Brawley/ASW/FAA@FAA
cc
Subject Re: Fixed Wing Air Evacuations

Thanks Carla, will get on it...I was speaking of the trailers you need to house the approx 16 people from FEMA...let me know status when you have the chance...will standby, and start on the rest...Gary

**Lawrence, Melissa**

**From:** Carla.Brawley@faa.gov [Carla.Brawley@faa.gov] **Sent:** Wed 11/16/2005 4:04 PM
**To:** Lawrence, Melissa
**Cc:**
**Subject:** Fw: Fixed Wing Air Evacuations
**Attachments:**

----- Forwarded by Carla Brawley/ASW/FAA on 11/16/2005 03:04 PM -----

Carla
Brawley/ASW/FAA
To
09/05/2005 02:04 PM Challenger135@aol.com
cc

Subject
Re: Fixed Wing Air Evacuations
(Document link: Carla Brawley
(Archive) )

Found refrig trucks - they are working over there now

Carla Brawley
Federal Aviation Administration
Contracting Officer, ASW-55
Telephone: (817) 222-4331
FAX: (817) 222-5994

Challenger135@aol
.com
To
09/05/2005 01:46 PM Carla Brawley/ASW/FAA@FAA
cc
info@worldjet.com
Subject
Re: Fixed Wing Air Evacuations

SD1 - 0020

Hi Carla,
Thank you for taking the time to e-mail me this morning. I am here for you

24/7 as I told you yesterday...You can call me 24/7 the as well. My heart and soul is with you, and your officials to help these poor, tired and hungry, and now homeless people in Louisiana for as long as it takes.
I am working on the trailers we spoke of last night, but the holiday today, doesn't help. I like you, have forfeited my time and holidays in light of the rescue and recovery effort as priority over anything else.
God bless,
Gary

Gary S. Kraser
President
www.WorldJet.com
(Tel +1.305.935.5507
7Fax +1.305.935.5509
(Cell +1.954.701.5507

**Lawrence, Melissa**

**From:** Carla.Brawley@faa.gov [Carla.Brawley@faa.gov] **Sent:** Wed 11/16/2005 4:04 PM
**To:** Lawrence, Melissa
**Cc:**
**Subject:** Fw: Fixed Wing Air Evacuations
**Attachments:**

----- Forwarded by Carla Brawley/ASW/FAA on 11/16/2005 03:03 PM -----

Carla
Brawley/ASW/FAA
To
09/05/2005 02:03 PM
Challenger135@aol.com
cc

Subject
Re: Fixed Wing Air Evacuations
(Document link: Carla Brawley
(Archive) )

Looking for 100 water tankers - potable water for New Orleans - need them for a minimum of 30 days with option to extend

Carla Brawley
Federal Aviation Administration
Contracting Officer, ASW-55
Telephone: (817) 222-4331
FAX: (817) 222-5994

Challenger135@aol.com
To
09/05/2005 01:46 PM
Carla Brawley/ASW/FAA@FAA
cc
info@worldjet.com
Subject
Re: Fixed Wing Air Evacuations

SD1 - 0021

Hi Carla,

Thank you for taking the time to e-mail me this morning. I am here for you 24/7 as I told you yesterday...You can call me 24/7 the as well. My heart and soul is with you, and your officials to help these poor, tired and hungry, and now homeless people in Louisiana for as long as it takes.
I am working on the trailers we spoke of last night, but the holiday today, doesn't help. I like you, have forfeited my time and holidays in light of the rescue and recovery effort as priority over anything else.
God bless,
Gary

Gary S. Kraser
President
www.WorldJet.com
(Tel +1.305.935.5507
7Fax +1.305.935.5509
(Cell +1.954.701.5507

**Lawrence, Melissa**

**From:** Carla.Brawley@faa.gov [Carla.Brawley@faa.gov] **Sent:** Wed 11/16/2005 4:03 PM
**To:** Lawrence, Melissa
**Cc:**
**Subject:** Fw: Fixed Wing Air Evacuations
**Attachments:**

----- Forwarded by Carla Brawley/ASW/FAA on 11/16/2005 03:03 PM -----

Carla
Brawley/ASW/FAA
To
09/05/2005 09:02 AM
Challenger135@aol.com
cc

Subject
Re: Fixed Wing Air Evacuations

Gary,

Mike Sonnier was directed to call in help as needed to facilitate the medical evacuations from various hospitals and from temporary hospitals that were set up at MSY. You are covered under the FEMA mission assignment for operations you carried out under Acadia's direction,
We will talk about invoicing instructions in the next few days.

Carla Brawley
Contracting Officer
DOT/FAA

Lawrence, Melissa

**From:** Carla.Brawley@faa.gov [Carla.Brawley@faa.gov] **Sent:** Wed 11/16/2005 4:03 PM
**To:** Lawrence, Melissa
**Cc:**
**Subject:** Fw: Fixed Wing Air Evacuations
**Attachments:**

----- Forwarded by Carla Brawley/ASW/FAA on 11/16/2005 03:03 PM -----

"Sonnier, Michael
(Dispatcher)"
<#Msonnier@acadia
n.com>
To
Carla Brawley/ASW/FAA@FAA
cc
"'challenger135@aol.com'"
<challenger135@aol.com>
09/01/2005 08:39
PM
Subject
Fixed Wing Air Evacuations

Carla,

Please add World Jet to the list of Vendors being used for Air Evacuations after Hurricane Katrina. If you have any questions please call me 800-259-1111. Thanks!

World Jet
1020 N.W. 62nd St
Fort Lauderdale, FL 33309
United States of America
Telephone: (954) 772-7444
Fax: (954) 772-7451
Email: worldjetcs@aol.com

DISCLAIMER: The information contained in this communication is confidential
and proprietary information intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying, or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately.
If you believe this communication is inappropriate or offensive, please contact the Acadian Ambulance Information Systems Department.

9/01/05 - NORTHERN TRUST BANK OF FLORIDA -
8:44:35 Fed Auto Incomings

[redacted] 189700 [redacted] 20,000.00 [redacted] WIRE RELEASED

9/01/05 - NORTHERN TRUST BANK OF FLORIDA -
8:55:29 Fed Auto Incomings

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]
I89730 1,000.00 WIRE RELEASED
[redacted] [redacted] [redacted]

TOTAL WIRES PROCESSED [redacted]

TOTAL WIRES IN ERROR [redacted]