UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by [signature] D.C.
DEC 20 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 05-20745-CR-JORDAN

UNITED STATES OF AMERICA )
)
vs. )
)
GARY KRASER )
_______________ )

**ORDER**

Gary Kraser's motion to travel to New York on Thursday, December 22, 2005 and return on Thursday, December 29, 2005 is GRANTED.

Mr. Kraser is to stay with his sister, Diane Markelon at her residence located at 14 Cristina Drive, Manorville, New York 11949, phone number 631.878.4846.

DONE and ORDERED in Chambers in Miami, Florida, this 16th day of December, 2005.

[signature]
Adalberto Jordan
United States District Judge

cc: Joan Silverstein, AUSA
Alvin E. Entin, Esq.
Urania Salamanca, USPO

28
[handwritten initials]