**Calendar List** 1/17/2006 Jordan.OR6

| December 2005 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| January 2006 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

| February 2006 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | | | | |

Francisco Salazar

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 17 Jan 2006 9:00 AM | 9:00 AM | | CALENDAR CALL<br>05-20745-Cr — JORDAN<br>United States of America<br>Joan Silverstein, Esq.<br>305.961.9121<br>vs.<br>Gary S. Kraser<br>Alvin Entin, Esq. (will move for a continuance)<br>954.761.7201<br>(ep) 11/2/05 |

FILED ... 2006 ... CLERK U.S. D. OF ...

Case will be set for a change of Plea on 1/24/06 at 9:00 AM

29