UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-20745-CR-Jordan

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Gary S. Krasner,

Defendant.
_______________________________/

FILED BY ___ D.C.
2006 JAN 30 AM 10: 38
CL... S.D. OF FLA - MIA

**CHANGE OF PLEA**

On January 30, 2006 the above named defendant appeared in person before the Honorable Adalberto Jordan United States District Judge, with Alvin Entin, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) I, of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)

(✓) The Court postponed sentencing until April 13, 2006, 9:00AM

( ) The defendant being allowed to remain on bond until sentencing.

( ) The defendant being remanded to the custody of the U. S. Marshal Service until a ______________ bond in the amount of $________________ is approved and posted.

( ) The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) ________________________________ would be dismissed on the government's motion at sentencing.

AUSA: Joan Silverstein

Reporter: Francine Salopek

Courtroom Deputy: L Sussman

30