UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20745-CR-JORDAN

UNITED STATES OF AMERICA )
)
vs. )
)
GARY KRASER )
______________________________ )

**ORDER**

Mr. Kraser's motion for return of property [filed March 27, 2006] IS GRANTED IN PART.

On or before the date of sentencing the government will return to Mr. Kraser 2 seized laptop computers; $5,476.00 in U.S. currency; a palm trio 650; back up computer disks; miscellaneous paperwork of no evidentiary value; and a check book.

For a year and a day following the date Mr. Kraser's conviction becomes final, or the completion of collateral proceedings, whichever comes later, the government will return the Rolex watch and paperwork the government determines has evidentiary value.

DONE and ORDERED in Chambers in Miami, Florida, this 6th day of April, 2006.

Adalberto Jordan
United States District Judge

cc: Joan Silverstein, AUSA
Alvin E. Entin, Esq.
Urania Salamanca, USPO

37