UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for Hon. Adalberto Jordan

DATE: 5/5/06 DEFT: Gary Kiaseu CASE #: 05-20745-Cr-Jordan
REPORTER: Pat Sanders CLERK: K.E. Cooke
Deft Counsel: Allen Anton AUSA: Jon Schmidt

( ) Deft. failed to appear-bench warrant to issue. Bond Forfeited.

( ) Sentencing cont'd to ______ at ______ a.m./p.m. at re

(√) JUDGMENT/SENTENCE

On Ct. 1 Imprisonment for ____ years 21 months ____ days
On Ct.____ Imprisonment for ____ years ____ months ____ days
On Ct.____ Imprisonment for ____ years ____ months ____ days
On Ct.____ Imprisonment for ____ years ____ months ____ days

( ) ______

(√) Custody of Defendant:

( ) Remanded to the United States Marshal
(√) Voluntary Surrender to (designated institution or U. S. Marshal) on 6/23/06 before 2:00 p.m.
( ) Defendant released on ______ bond pending appeal
(√) Commitment recommendation: Inst in Florida

Supervised Release: 2 years

Assessment: $100.00
Other: (Fine, restitution, etc.) no fine

( ) Additional comments:

FILED by D.C. 8 2006 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI